# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = millennium tga
Search Results: Displaying 31 of 40 entries



*Shemale Pornstar: Vaniity.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001786800 / 2011-07-15 |
| **Application Title:** | Shemale Pornstar: Vaniity. |
| **Title:** | Shemale Pornstar: Vaniity. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Millennium TGA Inc. d.b.a. Grooby Productions. Address: 770 Kapiolani Blvd. Suite 514, Honolulu, HI, 96813, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Millennium TGA Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer. |
| **Names:** | Millennium TGA Inc. |
| | Grooby Productions |





Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |